

# PETER R. WILLIS, ESQUIRE, LLP

921 Bergen Avenue, Suite 525 | Jersey City, New Jersey 07306
Telephone 201-659-2090 | Facsimile 201-659-1964

Peter R. Willis, NJ Bar*
Charles Alvarez, NJ, NY Bar

Hon. Kevin G. Callahan♦
Of Counsel

October 24, 2012

Hon. Jose L. Linares, USDJ
US District Court
M.L. King Federal Bldg. & Courthouse
50 Walnut St.
Newark, NJ 07101

Re:  USA v. Myfit Dika
     Cr. No: 09-592 (JLL)

Your Honor:

   This office represents Myfit Dika in the above-captioned matter. Motions are due on Monday, October 29, 2012, I am respectfully requesting a two-week extension from that date, as I am out of the Country and need the additional time to file our motion. My office has spoken to Assistant United States Attorney David Malagold, who has indicated he has no objection to my request.

   Thank you for your consideration in this matter.

Respectfully,

s/ Peter Willis

PETER R. WILLIS, ESQ.

**SO ORDERED**

*s/ Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date:

---

* Selected to the *Super Lawyers*® list 2009, 2010, 2011, 2012
♦ Retired Superior Court Judge